IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania,        :
ex rel. Michael Grill                :
                                     :
                v.                   :    No. 1051 C.D. 2016
                                     :    SUBMITTED:  September 23, 2016
Gary Abrams, Director: et.al.,       :
John Does and Jane Does to           :
be named/ Progress CCC.,             :
Waynesburg, Pennsylvania             :
                                     :
Appeal of: Michael Grill             :


OPINION NOT REPORTED

PER CURIAM
MEMORANDUM OPINION                          FILED:  November 1, 2016


Michael Grill appeals, *pro se*, from the August 6, 2015, order of the Court of Common Pleas of Greene County (trial court) granting the motion to dismiss filed by Gary Abrams, Director, et al., and dismissing the consolidated petitions for *writ of habeas corpus*.  We quash Grill's appeal.

On March 31, 2015, Grill filed a petition for *writ of habeas corpus* with the trial court.  The trial court consolidated Grill's petition with over 20 other petitions filed by sex-offender parolees housed at the Progress Community Corrections Center (PCCC), which is a secure facility adjacent to the State Correctional Institution at Greene County (SCI-Greene).  The petitioners claimed that they have been paroled from a state correctional institution and are being

illegally incarcerated at PCCC. The Commonwealth filed a motion to dismiss the petitions without a hearing, which the trial court granted on July 28, 2015, and docketed on August 6, 2015. On September 10, 2015, Grill filed a notice of appeal with the trial court.

Pa. R.A.P. 903(a) provides that an appeal from the trial court "shall be filed within 30 days after the entry of the order from which the appeal is taken." Pa. R.A.P. 105(b) prohibits this court from enlarging "the time for filing a notice of appeal, a petition for allowance of appeal, a petition for permission to appeal, or a petition for review." *See One Tree Condominium Association v. Greene*, 133 A.3d 113 (Pa. Cmwlth. 2016)*; In re Kemmerer*, 405 A.2d 1108, 1109 (Pa. Cmwlth. 1979).

Grill was required to appeal the trial court's August 6, 2015 order by September 8, 2015, 30 days after the order was entered on the docket. Because Grill did not file his appeal until September 10, 2015, we quash this appeal.

# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania, : 
ex rel. Michael Grill : 
 : 
v. : No. 1051 C.D. 2016
 : 
Gary Abrams, Director: et.al., : 
John Does and Jane Does to : 
be named/ Progress CCC., : 
Waynesburg, Pennsylvania : 
 : 
Appeal of: Michael Grill : 


# O R D E R

PER CURIAM


AND NOW, this 1st day of November, 2016, we hereby quash as untimely Michael Grill's appeal from the order of the Court of Common Pleas of Greene County.